UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JALVELYN MICHAEL LEE,

    Petitioner,

                                   Case No.: 1:09-cv-66

v.

                                   HONORABLE PAUL L. MALONEY

CINDI S. CURTIN,

    Respondent.
                                          /

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that petitioner's motion for stay (Dkt. #4) is **DENIED** for the reasons stated in the Report and Recommendation.

        This is not a final order and does not close the case.

Dated:  May 20, 2009                                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge